| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Laredo | Case Number | 5:20-cv-00054 |
|---|---|---|---|

RAUL GARZA MARROQUIN, RAFAEL OLVERA AMEZCUA, and GIORGE GONZALEZ

*versus*

JOSE GARCIA LONGORIA, JR., Officer in Charge, Port Isabel Service Processing Center; MARIO GARCIA, Warden, Webb County Detention Center; JAVIER ALEMAN, Warden, Rio Grande Detention Center; et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Carolyn O'Connor<br>Texas Civil Rights Project (TCRP)<br>1017 W. Hackberry Ave.<br>Alamo, TX  78516<br>(609) 240-1928 /  carrie@texascivilrightsproject.org<br>Connecticut Bar Number: 441082 |
|---|---|

| Name of party applicant seeks to appear for: | RAUL GARZA MARROQUIN |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: April 21, 2020 | Signed: s/ Carolyn O'Connor |
|---|---|

The state bar reports that the applicant's status is:

Dated:         Clerk's signature

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                                United States District Judge